UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-30221-MAP

KYLE DAVIDSON, )
      Plaintiff )
)
v. )
)
THE CITY OF WESTFIELD, )
KEVIN BARD, and )
KERRY PATON, )
      Defendants )

## JOINT SCHEDULING CONFERENCE REPORT

A. **Consultation of Counsel:**

Counsel for the parties have conferred pursuant to Fed. R. Civ. P. Rule 26F and offer the following:

1. <u>Agenda</u> – The matters to be discussed at the pre-trial scheduling conference shall include:

   (a)   Scheduling of discovery;

   (b)   Disclosure of Experts;

   (c)   Trial by Magistrate; and

   (d)   Settlement Offers.

2. <u>Pre-Trial Schedule for Discovery</u> –

   (a)   All Rule 26(a) disclosures to be served by **July 1, 2005**.

    (b)    All paper discovery shall be served on or before **September 2, 2005**, and all responses thereto shall be due on the date when such responses are due under the applicable rule of procedure.

    (c)    Depositions of non-expert witnesses shall be completed by **December 2, 2005**.

    (d)    Plaintiff shall disclose expert witnesses and testimony pursuant to Fed. R. Civ. P. 26(a)(2) no later than **December 16, 2005**.

    (e)    Defendants shall disclose expert witnesses and testimony no later than **January 6, 2006**.

    (f)    Expert depositions shall be completed by **March 16, 2006**.

3.    <u>Motions</u>

    (a)    All motions for summary judgment must be filed and served by **May 18, 2006**, and all oppositions must be filed and served by **June 19, 2006**.

    (b)    All motions *in limine*, shall be filed at least six (6) business days prior to trial.

4.    <u>Trial By Magistrate Judge</u>

Plaintiff does consent to trial by Magistrate Judge.

Defendant does not consent to trial by Magistrate Judge.

B. **Settlement Proposals**

Plaintiff served a written demand for settlement in January, 2004.

C. **Joint Statement**

Discovery shall take place in accordance with the scheduling set forth in Paragraph A(2) herein, unless otherwise ordered by the Court. The parties do not feel that it is necessary to conduct phased discovery.

| The plaintiff, | The defendants, |
|---|---|
| /s/ John S. Ferrara | /s/ Peter Martin |
| John S. Ferrara, Esq. | Peter Martin, Esq. |
| Dalsey, Ferrara, & Albano | Assistant City Solicitor |
| 73 State Street, Suite 101 | Office of the City Solicitor |
| Springfield, MA 01103 | 59 Court Street |
| Tel. No. (413) 736-6971 | Westfield, MA 01085 |
| Fax No. (413) 746-9224 | Tel. No. (413) 572-6260 |
| BBO No. 542078 | Fax No. (413) 568-6745 |

March 1, 2005