UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KYLE DAVIDSON,                           )
       Plaintiff      )
                       )
v.                                       )   Civil Action No.  04-30221-MAP
                       )
                       )
THE CITY OF WESTFIELD,                   )
KEVIN BARD and                           )
KERRY PATON,                             )
       Defendants    )

SCHEDULING ORDER
March 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on March 8, 2005:

1. The parties shall complete their automatic disclosures by July 1, 2005.

2. All written discovery shall be served by September 2, 2005.

3. Non-expert depositions shall be completed by December 2, 2005.

4. Counsel shall appear for a case management conference on December 6, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge