UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| KYLE DAVIDSON, | ) |
| Plaintiff, | ) |
| vs. | ) C. A. No. 04-30221-MAP |
| THE CITY OF WESTFIELD, KEVIN BARD, and KERRY PATON | ) |
| Defendants. | ) |

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Mayor Richard K. Sullivan, Jr.
Authorized Representative of
City of Westfield
59 Court Street
Westfield, MA  01085
413/572-6200

By: _____
Peter H. Martin
Assistant City Solicitor
59 Court Street
Westfield, MA  01085
BBO #552020
Tel.    413/572-6260
Fax.    413/568-6745

Dated: March 8, 2005