UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-30221-MAP

KYLE DAVIDSON, )
       Plaintiff )
)
v. )
)
THE CITY OF WESTFIELD, )
KEVIN BARD, and )
KERRY PATON, )
       Defendants )

### CERTIFICATION OF BUDGET AND ADR CONFERENCE OF THE PLAINTIFF, KYLE DAVIDSON

The undersigned hereby certify, pursuant to Local Rule 16.1(D)(3), that on April 5, 2005, they conferred in person:

a. With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for the plaintiff,

By: _____
John S. Ferrara, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078
April 5, 2005

_____
Kyle Davidson