UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| KYLE DAVIDSON,<br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF WESTFIELD,<br>KEVIN BARD, and<br>KERRY PATON<br>    Defendants. | C.A. No. 04-30221-MAP |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-captioned action and, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), do hereby stipulate that said action, and all claims as asserted therein, be dismissed with prejudice and without costs, each party hereto to bear its or his own attorneys fees and expenses.

Dated this 27th day of May, 2005.

| | |
|---|---|
| KYLE DAVIDSON<br>Plaintiff<br>BY HIS ATTORNEY<br><br>/s/ John S. Ferrara<br>John S. Ferrara, Esq.<br>Dalsey, Ferrara & Albano<br>73 State Street – Suite 101<br>Springfield, MA 01103<br>Tel.  413/ 736-6971<br>Fax  413/ 746-9224<br>BBO No. 542078 | CITY OF WESTFIELD,<br>KEVIN BARD and<br>KERRY PATON<br>Defendants<br>BY THEIR ATTORNEY<br><br>/s/ Peter H. Martin<br>Peter H. Martin, Esq.<br>Assistant City Solicitor<br>City of Westfield<br>59 Court Street<br>Westfield, MA 01085<br>Tel.  413/ 572-6260<br>Fax  413/ 568-6745<br>BBO No. 552020 |